**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **SOMMER NICOLE JOHANSEN-WASHER** | **CASE NO. 2:23-CV-01595** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

This matter was referred to Magistrate Judge Perez-Montes for Report and Recommendation. After an independent, *de novo* review of the record and consideration of the appellant's objections, the court concludes that the magistrate judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the final decision of the Commissioner is **AFFIRMED** and that this appeal is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 21st day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**